JOHN MCKEEVER, an Infant, by BRIDGET MCKEEVER, His Guardian ad Litem, et al., Respondents, *v.* NEW YORK RAILWAYS CORPORATION, Appellant.

(Argued June 6, 1933; decided July 11, 1933.)

*Henry J. Smith, J. M. Sheen* and *Joseph L. Zelaskow* for appellant.

*Chester A. Hahn, Sylvia Miller* and *Harry Miller* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.